*tor General Stern* for petitioner. *Edward J. Ennis* and *Jack Wasserman* for respondent.

No. 318. GORDON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *John S. Boyden* and *Allen H. Tibbals* for petitioners. *Acting Solicitor General Stern* for the United States.

No. 347. GIALLO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Henry K. Chapman* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 189. BATTIATO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 267. GLENN ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Loring B. Moore* and *William R. Ming, Jr.* for petitioners.

No. 295. ESTATE OF DWIGHT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John C. Crawley* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *L. W. Post* for respondent.